**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**LACHONDRA SHENE JENKINS,**

    **Plaintiff,**

**v.**                                                                 **Case No. 1:26-cv-30-AW-ZCB**

**AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not paid the filing fee or complied with a court order, and she has not objected to the magistrate judge's report and recommendation (ECF No. 8), which recommends dismissal on that basis. It appears Plaintiff has abandoned her case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee, failure to comply with a court order, and failure to prosecute." The clerk will then close the file.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge